# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,  :  No. 295 WAL 2018

          Respondent         :

                         :  Petition for Allowance of Appeal from

                         :  the Order of the Superior Court

          v.                :

                         :

DIONNE LEE MCKELVIN,      :

                         :

          Petitioner        :

## **ORDER**

**PER CURIAM**

    **AND NOW**, this 19th day of December, 2018, the Petition for Allowance of Appeal is **DENIED**.